<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 97-6243**

───────────

EARL T. MARSHALL, III,

                                    Petitioner - Appellant,

        versus

W. J. THOMPSON, Warden; FEDERAL BUREAU OF
PRISONS,

                                    Respondents - Appellees.

───────────

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  William M. Kidd, Senior District Judge. (CA-96-140-1)

───────────

Submitted:  November 3, 1998      Decided:  November 18, 1998

───────────

Before WILKINS, HAMILTON, and WILLIAMS, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Earl T. Marshall, III, Appellant Pro Se.  Rita R. Valdrini, Assistant United States Attorney, Wheeling, West Virginia, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Earl T. Marshall, III, appeals from a district court order denying relief on his petition filed under 28 U.S.C. § 2241 (1994). In light of our recent decision in Pelissero v. Thompson, 155 F.3d 470 (4th Cir. 1998), we affirm the district court's denial of relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED